| | |
|---|---|
| ASTRAZENECA AB, ASTRAZENECA LP, KBI-E INC., and POZEN INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES INC. and DR. REDDY'S LABORATORIES LTD.,<br><br>Defendants. | CIVIL ACTION NO.<br>11-cv-02317-JAP-DEA<br><br>(Consolidated for discovery purposes with Civil Action No. 11-cv-04275-JAP-DEA) |
| ASTRAZENECA AB, ASTRAZENECA LP, KBI-E INC., and POZEN INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LUPIN LTD. and LUPIN PHARMACEUTICALS INC.,<br><br>Defendants. | CIVIL ACTION NO.<br>11-cv-04275-JAP-DEA<br><br>RECEIVED<br><br>JUN 27 2012<br>AT 8:30____<br>WILLIAM T. WALSH<br>CLERK |

## [~~PROPOSED~~] SCHEDULING ORDER

The above-captioned cases recently having been consolidated with *AstraZeneca AB v. Anchen Pharmaceuticals, Inc.*, Civil Action No. 11-cv-6348 (D.N.J.) (JAP) (DEA); the stay having expired in *AstraZeneca AB v. Lupin Ltd.*, Civil Action No. 11-cv-04275 (D.N.J) (JAP) (DEA); counsel having met-and-conferred and conferred with the Court; and good cause appearing for the entry of the within Order;

**IT IS on this 27th day of June 2012,**

**ORDERED as follows:**

1. The Parties shall now file Responsive *Markman* Submissions by **September 20, 2012**.

2. The Parties shall now submit proposed date(s) for the Claim Construction Hearing by **September 27, 2012**.

3. The Parties in *AstraZeneca AB v. Lupin Ltd.*, Civil Action No. 11-cv-04275 (D.N.J) (JAP) (DEA) shall now exchange preliminary privilege logs by **July 2, 2012**.

4. AstraZeneca shall respond to Lupin's Amended Invalidity Contentions by **July 24, 2012**.

The *Markman* dates reflected in this Scheduling Order are the dates already in force in *AstraZeneca AB v. Anchen Pharmaceuticals, Inc.*, Civil Action No. 11-6348 (D.N.J.) (JAP). *See* Pretrial Scheduling Order (Apr. 27, 2012) (Dkt. No. 39).

HON. DOUGLAS E. ARPERT
United States Magistrate Judge

The Court will conduct a telephone status conference on September 11th 2012 at 4:00 PM. Plaintiffs' Counsel will initiate this call.