RECEIVED
JUL 18 2012
AT 8:30_____M
WILLIAM T. WALSH
CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, ASTRAZENECA LP, KBI-E INC., and POZEN INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LTD. and LUPIN PHARMACEUTICALS INC., <br><br> Defendants. | Civil Action No. 11-cv-04275-JAP-DEA <br><br><br> STIPULATED CONSENT JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 5,900,424 |

WHEREAS on July 25, 2011, AstraZeneca AB, AstraZeneca LP, KBI-E Inc. and Pozen, Inc. ("Plaintiffs") filed a Complaint for Patent Infringement in Civil Action No. 11-cv-4275-JAP-DEA against Lupin Ltd. and Lupin Pharmaceuticals Inc. ("Lupin") alleging infringement of U.S. Patent Nos. 5,714,504 ("the '504 patent"); 6,875,872 ("the '872 patent"); 6,369,085 ("the '085 patent"); 7,411,070 ("the '070 patent"); 7,745,466 ("the '466 patent"); and 6,926,907 ("the '907 patent") (collectively, "the Asserted Patents") based on Lupin's filing of Abbreviated New Drug Application ("ANDA") No. 202654, which seeks FDA approval to engage in the commercial manufacture, use, offer for sale, sale, and/or importation of generic esomeprazole magnesium delayed release naproxen tablets ("Lupin's ANDA Product"), prior to the expiration of the Asserted Patents. [D.I. 1.];

WHEREAS on September 26, 2011, Lupin filed counterclaims seeking a declaratory judgment of non-infringement and invalidity of the Asserted Patents and a

declaratory judgment of non-infringement and invalidity of U.S. Patent No. 5,900,424 ("the '424 patent"). [D.I. 24.];

WHEREAS in order to further streamline the issues in this case, the parties have agreed that their respective rights and liabilities in relation to this action shall be decided as between themselves based on the Asserted Patents, and Plaintiffs agree to the entry of a consent judgment of non-infringement of the '424 patent as set forth below, and Lupin agrees to dismiss all of its counterclaims regarding the '424 patent in the above-captioned action;

It is ORDERED and ADJUDGED, as between the parties hereto, that judgment is hereby entered that:

1. Neither Lupin's ANDA Product nor the formulations thereof that are the subject of Lupin's ANDA No. 202654, described in Lupin's June 10, 2011 Notice Letter, nor Lupin's ANDA No. 202654 itself, including any amendments or supplements thereto, seeking FDA approval to engage in the commercial manufacture, use, offer for sale, sale and/or importation of Lupin's ANDA Product, infringe, contribute to, or induce infringement of any claim of the '424 patent.

2. All counterclaims, defenses and allegations asserted by Lupin seeking other relief with respect to the '424 patent are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2). The '424 patent is presumed valid and enforceable, and Lupin has not rebutted that presumption in this action.

3. The consent judgment and dismissals in paragraphs 1 and 2 shall have *res judicata*, collateral estoppel, or other preclusive effect only with respect to any future suit between the parties alleging infringement of the '424 patent by any formulation that is the

subject of Lupin's ANDA No. 202654 and any amendments or supplements thereto, or future dosage strengths of the product that is the subject of Lupin's ANDA No. 202654. Except as specifically set forth herein, the consent judgment and dismissals in paragraphs 1 and 2 shall not have *res judicata*, collateral estoppel, or other preclusive effect.

IT IS SO ORDERED and SIGNED this 17th day of July, 2012

_____
Honorable Joel A. Pisano
United States District Judge

The undersigned agree to the entry of this judgment, in accordance with and subject to the WHEREAS provisions of this Stipulated Consent Judgment of Non-Infringement of U.S. Patent No. 5,900,424.

Dated: July 13, 2012

s/John E. Flaherty
John E. Flaherty
Jonathan M. H. Short
Carissa L. Rodrigue
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
*Counsel for Plaintiffs AstraZeneca AB, AstraZeneca LP, KBI-E Inc., and Pozen Inc.*

Mary W. Bourke
Kristen Healey Cramer
CONNOLLY BOVE LODGE AND HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19899

s/Karen A. Confoy
Karen A. Confoy
Erica S. Helms
STERNS & WEINROTH, P.C.
50 West State Street, Suite 1400
Trenton, NJ 08607-1298
Telephone: 609-989-5012
Facsimile: 609-392-7956
kconfoy@sternslaw.com
ehelms@sternslaw.com
*Counsel for Defendants Lupin Ltd. and Lupin Pharmaceuticals Inc.*

Robert F. Green
Christopher T. Griffith
Caryn C. Borg-Breen
Jessica M. Tyrus

R. James Balls
CONNOLLY BOVE LODGE AND HUTZ LLP
1875 Eye Street, NW, Suite 1100
Washington, DC 20006
*Of Counsel for Plaintiffs AstraZeneca AB,
AstraZeneca LP, and Pozen Inc.*

Henry J. Renk
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104-3800
*Of Counsel for Plaintiffs AstraZeneca AB,
AstraZeneca LP, and KBI-E Inc.*

Einar Stole
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
*Of Counsel for Plaintiffs
AstraZeneca AB, AstraZeneca LP*

Stephen M. Hash
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
*Of Counsel for Plaintiff Pozen Inc.*

LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
180 N. Stetson Avenue
Chicago, Illinois 60601-6731
Telephone: 312-616-5600
Facsimile: 312-616-5700
rgreen@leydig.com
cgriffith@leydig.com
cborg-breen@leydig.com
jtyrus@leydig.com
*Of Counsel for Defendants Lupin Ltd.
and Lupin Pharmaceuticals Inc.*