# STERNS & WEINROTH

A PROFESSIONAL CORPORATION

## COUNSELLORS AT LAW

50 WEST STATE STREET
SUITE 1400
P.O. BOX 1298
TRENTON, NEW JERSEY 08607-1298
(609) 392-2100
FACSIMILE
(609) 392-7956
WWW.STERNSLAW.COM

Erica S. Helms: (609) 989-5062
e-mail: ehelms@sternslaw.com

File No.: 53285-00011

October 8, 2012

**VIA ECF**
Honorable Joel A. Pisano, U.S.D.J.
**United States District Court**
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street, Room 341
Trenton, NJ  08608

RE: *AstraZeneca AB, et al. v. Dr. Reddy's Laboratories, Ltd., et al.*
**Civil Action No. 11-2317 (JAP)(DEA)**
*AstraZeneca AB, et al. v. Lupin Ltd., et al.*
**Civil Action No. 11-4275 (JAP)(DEA)**
*AstraZeneca AB, et al. v. Anchen Pharmaceuticals, Inc.*
**Civil Action No. 11-6348 (JAP)(DEA)**

Dear Judge Pisano:

This firm, together with Leydig, Voit & Mayer, Ltd., represents Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. (collectively "Lupin").   We write on Lupin's behalf to confirm receipt of the Court's October 5, 2012 docket notice setting a Markman hearing in the above matters for December 19, 2012 at 9:30 a.m.

Respectfully yours,

Erica S. Helms

cc:    Counsel of Record (via e-mail and ECF)