UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, ASTRAZENECA LP, KBI-E INC., and POZEN INC., <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES INC. and DR. REDDY'S LABORATORIES LTD., <br><br> and <br><br> LUPIN LTD. and LUPIN PHARMACEUTICALS INC. <br><br> and <br><br> ANCHEN PHARMACUETICALS, INC. <br><br> Defendants. | Civil Action No. 11-2317 (JAP) (DEA) <br> (consolidated for discovery purposes) <br><br> DOCUMENT FILED ELECTRONICALLY <br><br>  |

### ORDER ON CONSENT ADMINISTRATIVELY TERMINATING LUPIN AND ANCHEN ACTIONS

This matter having been brought to the Court through the October 15, 2012 letter application of DR. REDDY'S LABORATORIES INC. and DR. REDDY'S LABORATORIES LTD. (collectively "DRL"), with the consent of all parties, for entry of an Order administratively terminating the Lupin and Anchen Actions (as those Actions are defined herein); and

**WHEREAS** the Court has consolidated the following three cases for discovery purposes:

(1) *AstraZeneca AB, AstraZeneca LP, and Pozen Inc., v. Dr. Reddy's Laboratories Inc. and Dr. Reddy's Laboratories Ltd.*, Civil Action No. 11-2317 (JAP-DEA) ("the DRL Action");

(2) *AstraZeneca AB, AstraZeneca LP, KBI-E Inc. and Pozen Inc., v. Lupin Ltd. and Lupin Pharmaceuticals Inc.*, Civil Action No. 11-4275 (JAP-DEA) ("the Lupin Action");

909154

(3) *AstraZeneca AB, AstraZeneca LP, KBI-E Inc. and Pozen Inc., v. Anchen Pharmaceuticals Inc.*, Civil Action No. 11-6348 (JAP-DEA) ("the Anchen Action"); and

**WHEREAS** the consolidation Orders the Court entered in the Lupin Action (Docket No. 41) and the Anchen Action (Docket No. 82) require "that all future filings and submissions to the Court shall be made under Civil Action No. 11-2317 until further Order of the Court;" and

**WHEREAS** in light of Court's consolidation of the Lupin and Anchen Actions with the DRL Action for purposes of discovery, and to avoid any risk that filings and submissions to the Court may inadvertently be made in either the Lupin or Anchen Actions, all parties have consented to the entry of this Order administratively terminating the Lupin and Anchen Actions until further Order of this Court;

**NOW THEREFORE**, the Court having considered DRL's October 12, 2012 letter application and the consent of the parties, and for good cause having been shown;

**IT IS** on this 15th day of October, 2012,

**ORDERED** that the Lupin Action, Civil Action No. 11-4275, and the Anchen Action, Civil Action No. 11-6348, shall be administratively terminated until further Order by the Court.

_____
Hon. Douglas E. Arpert
United States Magistrate Judge

909154